**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA, FOR THE
USE OF H.J. MARTIN & SON, INC.,
320 South Military Avenue
Green Bay, WI  54303,

      Plaintiff,

vs.

                                        Case No.: 26-CV-110

RB CONSTRUCTION COMPANY,
249 Cass Avenue
Mount Clemens, MI  48043,

and

CHEROKEE INSURANCE COMPANY,
34200 Mound Road
Sterling Heights, MI  48310,

      Defendants.

---

**COMPLAINT AT LAW**

---

This action is brought under the Miller Act, 40 U.S.C. § 3131 et seq., by the above-named Plaintiff, H.J. Martin & Son, Inc., in the name of the United States of America, by and through its attorneys, Hager, Dewick & Zuengler, S.C., against of the above-named Defendants, for labor and materials provided pursuant to a federal project.  Plaintiff alleges and states as follows:

**THE PARTIES**

1. Plaintiff, H.J. Martin & Son, Inc. (hereinafter "H.J. Martin"), is a Wisconsin corporation organized under the laws of the State of Wisconsin, with a principal place of business located at 320 Military Avenue, Green Bay, Wisconsin.

1

2.     Defendant, RB Construction Company (hereinafter "RB Construction"), is a Michigan corporation organized under the laws of the State of Michigan, with a principal place of business located at 249 Cass Avenue, Mount Clemens, Michigan.

3.     Defendant, Cherokee Insurance Company (hereinafter "Cherokee"), is a Michigan corporation organized under the laws of the State of Michigan, with a principal place of business located at 34200 Mound Road, Sterling Heights, Michigan.

**JURISDICTION**

4.     This action is brought pursuant to 40 U.S.C. § 3131 et seq. ("The Miller Act"). This Court has jurisdiction over the parties and the subject matter to this litigation.  This action is brought within one (1) year of the last date H.J. Martin furnished labor and materials to RB Construction.

5.     Venue is proper in this Court pursuant to 40 U.S.C. § 3133(b)(3)(B) since the federal contract at issue was performed and executed in Iron Mountain, Michigan, which is located in the United States District Court for the Western District of Michigan.

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

6.     On or about June 17, 2021 RB Construction and the United States Department of Veterans Affairs entered into a contract for the construction of an expansion to the primary care section of the Oscar G. Johnson VA Medical Center (the "Project"), memorialized as Contract Number 36C77621C0058 (hereinafter the "Prime Contract").  A true and correct certified copy of the Prime Contract is attached hereto and incorporated herein as **Exhibit A**.

7.     On or about June 21, 2021, Cherokee issued payment bond number SB210019 to RB Construction in the penal sum of Nine Million Six Hundred Eighty-four Thousand Two Hundred Twenty and 00/100 Dollars ($9,684,220.00) (hereinafter the "Payment Bond").  A true and correct certified copy of the Payment Bond is attached hereto and incorporated herein as **Exhibit B**.  RB Construction and Cherokee Insurance provided the Payment Bond to the United

2

States Government in accordance with 40 U.S. Code § 3131(b)(2), which requires a contractor to furnish a payment bond to the United States Government for any contract of more than $100,000 awarded for the construction, alteration, or repair of any public building or public work of the Federal Government.

8. On or about August 19, 2021, H.J. Martin and RB Construction entered into a Subcontract pursuant to which H.J. Martin would provide glass and glazing labor and materials for the Prime Contract (hereinafter the "Glass Contract"). A true and correct copy of the Glass Contract is attached hereto and incorporated herein as **Exhibit C**. The total contract value of the Glass Contract, taking into account mutually approved change orders, was Three Hundred Sixty-Five Thousand Eight Hundred Ninety and 52/100 Dollars ($365,890.52).

9. On or about October 11, 2021, H.J. Martin and RB Construction entered into a Subcontract pursuant to which H.J. Martin would provide flooring labor and materials for the Prime Contract (hereinafter the "Flooring Contract"). A true and correct copy of the Flooring Contract is attached hereto and incorporated herein as **Exhibit D**. The total contract value of the Flooring Contract, taking into account mutually approved change orders, a bond provided by H.J. Martin and a deductive change order change order approved by H.J. Martin, was Two Hundred Thirty-Five Thousand Nine Hundred Nineteen and 82/100 Dollars ($235,919.82).

10. On or about May 9, 2024, H.J. Martin and RB Construction entered into a Purchase Order pursuant to which H.J. Martin would provide acoustical labor and materials for the Prime Contract (hereinafter the "Acoustical Contract"). A true and correct copy of the Acoustical Contract is attached hereto and incorporated herein as **Exhibit E**. The total contract value of the Acoustical Contract, taking into account mutually approved change orders, was Twenty-Five Thousand Seven Hundred Fifty and 00/100 Dollars ($25,750.00).

11. H.J. Martin fully performed its obligations and last supplied labor and materials at the Project on November 10, 2025.

12.     RB Construction owed H.J. Martin a total sum of Six Hundred Twenty-seven Thousand Five Hundred Sixty and 34/100 Dollars ($627,560.34), of which RB Construction has only paid Five Hundred Twenty-seven Thousand Two Hundred Forty-nine and 76/100 Dollars ($527,249.76).

13.     RB Construction still owes H.J. Martin the sum of One Hundred Thousand Three Hundred Ten and 58/100 Dollars ($100,310.58). Specifically, RB Construction owes H.J. Martin Fourteen Thousand Seven Hundred Sixteen and 97/100 Dollars ($14,716.97) on the Glass Contract, Seventy-nine Thousand Eight Hundred Forty-three and 61/100 Dollars ($79,843.61) on the Flooring Contract and Five Thousand Seven Hundred Fifty and 00/100 Dollars ($5,750.00) on the Acoustical Contract.

## COUNT I
## MILLER ACT BOND CLAIM

14.     H.J. Martin realleges and incorporates herein by reference all of the allegations contained in Paragraphs 1 through 13, with the same force and effect as though fully set forth and repeated herein.

15.     Greater than ninety (90) days have passed since H.J. Martin last supplied labor and materials at the Project.

16.     Since H.J. Martin was a first-tier subcontractor to RB Construction and the two parties entered into three separate direct contractual relationship, H.J. Martin was not required to provide notice pursuant to 40 U.S.C. § 3133(b)(2).

17.     Notwithstanding the foregoing, H.J. Martin has attempted to contact RB Construction about the total sum due and owing, however, these attempts have gone unanswered to date. Further, H.J. Martin's attempt to make a claim on the Payment Bond directly with Cherokee Insurance has gone unanswered.

18.    H.J. Martin asserts that it is owed the amount of One Hundred Thousand Three Hundred Ten and 58/100 Dollars ($100,310.58) from RB Construction.

19.    H.J. Martin also asserts that, pursuant to 40 U.S.C. § 3133(b)(1), Cherokee Insurance is liable to H.J. Martin under the Payment Bond for any amount due and owing under the Glass Contract, the Flooring Contract and the Acoustical Contract.  Therefore, under the Payment Bond, Cherokee Insurance is liable to H.J. Martin for the total sum of One Hundred Thousand Three Hundred Ten and 58/100 Dollars ($100,310.58), the amount due and owing to H.J. Martin from RB Construction.

WHEREFORE, the Plaintiff, H.J. Martin requests that the Court enter judgment against Defendants RB Construction and Cherokee Insurance for the following:

A.    As for Count I, the principal sum of One Hundred Thousand Three Hundred Ten and 58/100 Dollars ($100,310.58), the amount due and owing to H.J. Martin from RB Construction;

B.    Pre-judgment interest on all amounts awarded calculated from the date of H.J. Martin's first claim;

C.    All of H.J. Martin's attorneys' fees and costs incurred in this action; and

D.    Such other recovery as this Court deems just and equitable.

Dated at Green Bay, Wisconsin, this 5th day of May, 2026.

HAGER, DEWICK & ZUENGLER, S.C.
Attorneys for Plaintiff, H.J. Martin & Son, Inc.

/s/ Nicholas J. Linz
Attorney Nicholas J. Linz
State Bar No.  1064358

Mailing Address
200 South Washington Street, Suite 200
Green Bay, WI  54301
Phone No.:  (920) 430-1900
Fax No.:  (920) 430-1909
Email:  nlinz@hdz-law.com